# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Cruz R Ruiz

                      Plaintiff,

v.                                             Case No.: 1:16–cv–01920

                                                       Honorable Matthew F. Kennelly

Richard Skrobin Lawn & Landscaping, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 5, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the stipulation of dismissal [20], this case is dismissed without prejudice. The 8/10/2016 status hearing is vacated. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.