**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CRUZ R. RUIZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16 CV 1920 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| RICHARD SKROBIN LAWN & ) | |
| LANDSCAPING, INC. and RICHARD C. ) | Magistrate Judge Maria Valdez |
| SKROBIN, individually, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cruz R. Ruiz, having resolved this matter, stipulates to the voluntary dismissal of this lawsuit with prejudice and without the assessment of costs and/or attorneys' fees against any party.

                                                                                                  Respectfully submitted,

Dated: September 2, 2016                        s/Lydia Colunga-Merchant
                                                                                           Lydia Colunga-Merchant
                                                                                           Raise the Floor Alliance – Legal Dept.
                                                                                           1 N. LaSalle, Suite 1275
                                                                                           Chicago, IL 60602

                                                                                           *Attorney for Plaintiff*